STATE v. RAMBERT

No. 482PA94

Case below: 116 N.C.App. 89

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 2 November 1994. Motion by Attorney General to strike or dismiss response to petition for discretionary review denied 2 November 1994. Motion by defendant to withdraw response to petition for discretionary review allowed 2 November 1994.

STATE v. STALLINGS

No. 489P94

Case below: 116 N.C.App. 363

Notice of appeal by defendant (substantial constitutional question) dismissed 2 November 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

STATE v. STYLES

No. 518P94

Case below: 116 N.C.App. 479

Petition by Attorney General for temporary stay allowed 24 October 1994.

STATE v. VASSEY

No. 467P94

Case below: 115 N.C.App. 732

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

STATE v. WOOD

No. 441P94

Case below: 115 N.C.App. 732

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.